IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEVIEW LOAN SERVICING LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:25-CV-00076-X-BT |
| GABRIELA MICHELLE CASTILLO, JUAN CARLOS CASTILLO SOSA, UNITED STATES OF AMERICA *on behalf of the Secretary of Housing and Urban Development*, and LABRADA LLC, | § § § § § § § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated April 4, 2025. (Doc. 6). The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation (FCR) for plain error. Finding none, and because the plaintiff failed to correct the jurisdictional deficiencies of its complaint in the interim since the FCR was filed, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS SO ORDERED, this 11th day of June, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE